MEGAN COONEY, SBN 295174
  mcooney@gibsondunn.com
KATIE M. MAGALLANES, SBN 300277
  kmagallanes@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800
Facsimile:  949.451.4220

Attorneys for Defendant
AMAZON.COM SERVICES LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAURIAN DAVIS, on behalf of himself and all others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>AMAZON.COM SERVICES LLC, and DOES 1 through 10, INCLUSIVE,<br><br>                    Defendants. | Case No. 2:22-cv-01145-KJM-DB<br><br>**STIPULATION AND ORDER REQUESTING FURTHER EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Plaintiff Amaurian Davis ("Plaintiff") and Defendant Amazon.com Services LLC ("Defendant"), by and through their respective counsel, hereby agree and stipulate as follows:

WHEREAS, on May 5, 2022, Plaintiff filed his initial Complaint in the Superior Court of the State of California for the County of San Joaquin;

WHEREAS, on June 1, 2022, Plaintiff served Defendant with the Complaint and Summons on June 1, 2022;

WHEREAS, on June 30, 2022, Defendant timely removed this action to the United States District Court, Eastern District of California;

WHEREAS, also on June 30, 2022, Defendant filed a Notice of Related Cases (Dkt. 9) with this Court, identifying six earlier-filed putative class actions that Defendant contends entirely encompass the claims pled in Plaintiff's Complaint, which include the following matters: *Trevino v. Golden State FC, LLC*, Lead Case No. 18-cv-00120-DAD-BAM (E.D. Cal.) ("*Trevino*") which was filed in 2017, as well as *Porter v. Amazon.com Services, LLC*, Case No. 2:20-cv-09496-JVS-SHK (C.D. Cal.), *Clayborn v. Amazon.com Services LLC*, Case No. 5:20-cv-02368-JVS-SHK (C.D. Cal.), *Scott v. Golden State FC, LLC*, Case No. 3:21-CV-2147-SK (N.D. Cal), *Roman v. Amazon.com Services, LLC*, Case No. 1:21-cv-00667-NONE-JLT (E.D. Cal), and *Guerrero v. Golden State FC LLC*, Case No. 3:22-cv-01161-AGT (N.D. Cal.) which were filed in 2020 and 2021, and five of these cases have been stayed pending *Trevino* (the "Related Cases");

WHEREAS, pursuant to Federal Rule of Civil Procedure 81(c), Defendant's original deadline to file a responsive pleading to Plaintiff's Complaint was July 7, 2022;

WHEREAS, on July 5, 2022, the parties jointly filed a Stipulation to Extend Time to Respond to the Complaint by not more than 28 Days pursuant to Local Rule 144, which extended the time for Defendant to file its responsive pleading to Plaintiff's Complaint until August 4, 2022 (Dkt. 5);

WHEREAS, pursuant to the Court's July 15, 2022 Order Setting Status (Pretrial Scheduling) Conference, a Status (Pretrial Scheduling) Conference is currently scheduled for November 17, 2022 at 2:30 p.m. (Dkt. 9), and no other case management deadlines have been set;

WHEREAS, consistent with this Court's Standing Order (Dkt. 9-1), the parties have been meeting and conferring in good faith regarding the scope of Plaintiff's Complaint, including Defendant's anticipated Motion to Dismiss or Stay this action in light of the overlap between Plaintiff's Complaint and the Related Cases, which Defendant contends should require dismissal of Plaintiff's claims or, at a minimum, a stay of these proceedings pending resolution of all the Related Cases;

WHEREAS, as part of these discussions, Plaintiff has informed Defendant that he is considering dismissing the putative class action claims in the Complaint in light of the overlap with the Related Cases and would like additional time consider a potential voluntary dismissal or amendment to his Complaint;

WHEREAS, the parties agree that an additional brief extension of time for Defendant to respond to the Complaint is warranted in order to provide Plaintiff with some additional time to consider an amendment or dismissal, and for them to otherwise meet and confer on these issues;

WHEREAS, Defendant's responsive pleading is currently due on August 4, 2022, and to date, Defendant has only received one extension of time for Defendant to answer or otherwise respond to Plaintiff's Complaint;

WHEREAS, the parties agree that, subject to the Court's approval, Defendant shall have three additional weeks, or until August 25, 2022, to answer or otherwise respond to Plaintiff's Complaint;

WHEREAS, good cause exists for the relief requested herein because the parties will benefit from this small extension of time, as it will enable the parties time to further meet and confer regarding the overlap of Plaintiff's case with the Related Cases, including Plaintiff's potential voluntary dismissal or amendment to his Complaint because this additional time will conserve judicial resources by potentially avoiding unnecessary briefing on these issues before the Court;

NOW, THEREFORE, pursuant to this Court's Standing Order (Dkt. 9-1), it is hereby stipulated and agreed, subject to the Court's approval, that Defendant shall have until August 25, 2022 to file its response to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

Dated: July 29, 2022

MEGAN COONEY
KATIE M. MAGALLANES
GIBSON, DUNN & CRUTCHER LLP

By: */s/ Megan Cooney*
     Megan Cooney

Attorneys for Defendant
AMAZON.COM SERVICES LLC

Dated: July 29, 2022

ROMAN OTKUPMAN
OTKUPMAN LAW FIRM, ALC

By: */s/ Roman Otkupman (as authorized on 07/29/22)*
     Roman Otkupman

Attorney for Plaintiff Amaurian Davis

**ORDER**

This Court, having read and considered the parties' Stipulation Requesting Further Extension of Time to Respond to Complaint, and for good cause shown, hereby ORDERS that Defendant shall have until August 25, 2022 to file its response to Plaintiff's Complaint.

**IT IS SO ORDERED.**

DATED: August 3, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE